IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03cv3307 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, HAROLD CLARKE, FRANK HOPKINS, FRED BRITTEN, MEL ROUF, DONN BEAVER, DAVE GARRETT, TERESA PREDMORE, ANNE TOPLEY, MIKKI KIRKPATRICK, KELLY WARD, ROBERT CURRY, JOHN LEDUC, and RANDY KOHL, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Document Number 77 should be stricken from the record for the following reason(s):

- The Motion [75] is under advisement

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 77 from the record.

DATED this 27th day of September, 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge