**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **THOMAS FLEMING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:03cv3307** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **HAROLD W. CLARKE, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the oral motion of Sue Ellen Wall, for a short extension of time to file her entry of appearance as counsel for plaintiff, as directed in the Court's Final Progression Order (#79).  Ms. Wall is currently unavailable and unable to comply until October 10, 2005, at the earliest.  For good cause shown,

**IT IS ORDERED:**

1.  The oral motion of Sue Ellen Wall is granted.

2.  Ms. Wall's entry of appearance as counsel for plaintiff shall be filed on or before **October 14, 2005**.

Dated this 5th day of October 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge