IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03cv3307 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 83, the plaintiff's' Motion for a brief extension of the deadline to depose an expert witness. Counsel for the plaintiff represents that no other deadlines will be affected by the extension. Accordingly, filing no. 83 is granted.

SO ORDERED.

DATED this 23rd day of March, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge