IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS FLEMING,            )<br>                                              )<br>        Plaintiff,                  )<br>                                              )<br>vs.                                        )<br>                                              )<br>NEBRASKA DEPARTMENT OF   )<br>CORRECTIONAL SERVICES, et al., )<br>                                              )<br>        Defendants.              ) | 4:03cv3307<br><br>ORDER |

    This matter is before the court on filing no. 85, the plaintiff's' Second Motion for a brief extension of the deadline to depose an expert witness. Counsel for the plaintiff needs until **May 22, 2006**. Filing no. 85 is granted.

    SO ORDERED.

    DATED this 3rd day of May 2006.

                                     BY THE COURT:

                                     s/ F. A. GOSSETT
                                     United States Magistrate Judge