IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3307 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, HAROLD CLARKE, FRANK HOPKINS, FRED BRITTEN, MEL ROUF, DONN BEAVER, DAVE GARRETT, TERESA PREDMORE, ANNE TOPLEY, MIKKI KIRKPATRICK, KELLY WARD, ROBERT CURRY, JOHN LEDUC, RANDY KOHL, and JANSSEN WILLIAMS, | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER ON APPLICATION FOR AUTHORIZATION TO INCUR EXPENSES |
| Defendants. | ) ) | |

    IT IS ORDERED that the Application for Authorization to Incur Expenses, filing 88, is granted.

    DATED this 17th day of May, 2006.

                              BY THE COURT:

                              s/ Warren K. Urbom
                              United States Senior District Judge