IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3307 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | ORDER RESCHEDULING TRIAL |
| CORRECTIONAL SERVICES, HAROLD | ) | |
| CLARKE, FRANK HOPKINS, FRED | ) | |
| BRITTEN, MEL ROUF, DONN BEAVER, | ) | |
| DAVE GARRETT, TERESA PREDMORE, | ) | |
| ANNE TOPLEY, MIKKI KIRKPATRICK, | ) | |
| KELLY WARD, ROBERT CURRY, JOHN | ) | |
| LEDUC, and RANDY KOHL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS ORDERED that the nonjury trial in this matter is rescheduled and shall commence at 9:00 a.m. on September 25, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated August 14, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge