IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3307 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, HAROLD CLARKE, FRANK HOPKINS, FRED BRITTEN, MEL ROUF, DONN BEAVER, DAVE GARRETT, TERESA PREDMORE, ANNE TOPLEY, Dr., MIKKI KIRKPATRICK, KELLY WARD, ROBERT CURRY, JOHN LEDUC, and RANDY KOHL, Dr., | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Seeking payment from the Federal Practice Fund, pending before me is a Request for Reimbursement of Expenses (Filing No. 111). The court notes that on May 17, 2006, Judge Warren K. Urbom granted plaintiff's application to incur expenses (Filing Nos. 88 and 89) in the estimated amount of $2,683.50. Plaintiff's actual expenses incurred total $3,355.02. Accordingly,

IT IS ORDERED that the Request for Reimbursement of Expenses from the Federal Practice Fund (Filing No. 111) in the amount of $3,355.02 is granted.

A copy of this memorandum and order shall be provided to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

DATED this 23rd day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge